# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melanie Ann Kroboth aka Melanie A. Kroboth aka Melanie Kroboth dba Kroboth Farms<br><br>Robert Joseph Kroboth aka Bob Kroboth aka Robert J. Kroboth dba Kroboth Farms<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-13342 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United States of America, Acting through USDA, Commodity Credit Corporation, , and index same on the master mailing list.

Re: Loan # Ending In: 04/09

Respectfully submitted,

**/s/Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406