IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert Joseph Kroboth and         :     Chapter 12
      Melanie Ann Kroboth                      :
           Debtors                                       :     Case 4:16-bk-13342

## STIPULATION AND ORDER

This _____ day of December, 2016, debtors Robert Joseph Kroboth, Melanie Ann Kroboth, secured creditor Fulton Bank, N.A., and trustee Frederick L. Reigle, Esquire, hereby agree and stipulate as follows:

1. On September 20, 2016, secured creditor Fulton Bank, N.A. filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d), or In the Alternative, Adequate Protection Payments Pursuant to 11 U.S.C. § 1205 (the "Motion") (*Doc 20*).

2. To resolve the Motion, the parties have agreed that Debtors shall make a payment to Fulton Bank, N.A. of Fifty Thousand and 00/100 Dollars ($50,000.00) no later than December 16, 2016 followed by a payment of Twenty Thousand and 00/100 Dollars ($20,000.00) no later than February 28, 2017.

3. These payments shall be made directly by Debtors to Fulton Bank, N.A.

4. The trustee, Frederick L. Reigle, Esquire, has approved this resolution to the Motion.

SO STIPULATED:

_____         _____
Robert Joseph Kroboth                     Melanie Ann Kroboth

_____
David B. Schwartz, Esquire,
Counsel for Debtors

_____
Scott M. Klein, Esquire,
Counsel for Fulton Bank, N.A.

This Stipulation is APPROVED and entered as an ORDER of Court.

BY THE COURT:

**Date: December 22, 2016**        _____
                                    Richard E. Fehling
                                    United States Bankruptcy Judge

2

SO STIPULATED:

_____  _____
Robert Joseph Kroboth        Melanie Ann Kroboth


_____  _____
David B. Schwartz, Esquire,  Frederick L. Reigle, Esquire
Counsel for Debtors          Trustee

_____
Scott M. Klein, Esquire,
Counsel for Fulton Bank, N.A.


This Stipulation is APPROVED and entered as an ORDER of Court.

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

2