```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-13342-ref
Robert Joseph Kroboth                                               Chapter 12
Melanie Ann Kroboth
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Dec 22, 2016
                              Form ID: pdf900        Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb         +Robert Joseph Kroboth,   Melanie Ann Kroboth,   6274 Mud Run Road,   Nazareth, PA 18064-8648
13725466       +Fulton Bank, N.A.,   c/o Mark Klein, Esq.,   200 N. High St, Ste. 300,
                 West Chester, PA 19380-2686
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy@fult.com Dec 23 2016 02:09:30     Fulton Bank NA,   One Penn Square,
                 5th Floor,   Lancaster, PA 17602-2853
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 02:20:29      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13792855        E-mail/Text: bankruptcy@fult.com Dec 23 2016 02:09:30     Fulton Bank, N.A.,,   1 Penn Sq,,
                 Lancaster, PA 17602-2853
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ashaw@goodmanshaw.com
          ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ashaw@goodmanshaw.com
          DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
           DBSchwartzesq@aol.com
          DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
           DBSchwartzesq@aol.com
          FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
          FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
           flreigle@flreiglepc.com
          SCOTT M. KLEIN    on behalf of Creditor   Fulton Bank NA sklein@bmnlawyers.com,
           kpower@bmnlawyers.com
          THOMAS I. PULEO    on behalf of Creditor   United States of America, Acting through USDA,
           Commodity Credit Corporation tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Robert Joseph Kroboth and             :        Chapter 12
      Melanie Ann Kroboth              :
          Debtors                              :        Case 4:16-bk-13342

## STIPULATION AND ORDER

This _____ day of December, 2016, debtors Robert Joseph Kroboth, Melanie Ann Kroboth, secured creditor Fulton Bank, N.A., and trustee Frederick L. Reigle, Esquire, hereby agree and stipulate as follows:

1. On September 20, 2016, secured creditor Fulton Bank, N.A. filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d), or In the Alternative, Adequate Protection Payments Pursuant to 11 U.S.C. § 1205 (the "Motion") (*Doc 20*).

2. To resolve the Motion, the parties have agreed that Debtors shall make a payment to Fulton Bank, N.A. of Fifty Thousand and 00/100 Dollars ($50,000.00) no later than December 16, 2016 followed by a payment of Twenty Thousand and 00/100 Dollars ($20,000.00) no later than February 28, 2017.

3. These payments shall be made directly by Debtors to Fulton Bank, N.A.

4. The trustee, Frederick L. Reigle, Esquire, has approved this resolution to the Motion.

SO STIPULATED:

_____    _____
Robert Joseph Kroboth                Melanie Ann Kroboth

_____
David B. Schwartz, Esquire,
Counsel for Debtors

_____
Scott M. Klein, Esquire,
Counsel for Fulton Bank, N.A.

This Stipulation is APPROVED and entered as an ORDER of Court.

BY THE COURT:

**Date: December 22, 2016**       _____
Richard E. Fehling
United States Bankruptcy Judge

2

SO STIPULATED:

_____          _____
Robert Joseph Kroboth                    Melanie Ann Kroboth


_____
David B. Schwartz, Esquire,
Counsel for Debtors

_____          _____
Scott M. Klein, Esquire,                 Frederick L. Reigle, Esquire
Counsel for Fulton Bank, N.A.            Trustee


This Stipulation is APPROVED and entered as an ORDER of Court.

                                         BY THE COURT:


                                         _____
                                         Richard E. Fehling
                                         United States Bankruptcy Judge

2