*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert Joseph Kroboth and
Melanie Ann Kroboth
    Debtor(s)

Case No: 16–13342–ref

Chapter: 12

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

( Rescheduled) Chapter 12 Confirmation Hearing

    on: 3/30/17

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  3/6/17

Timothy B. McGrath
Clerk of Court

43
Form 167