UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
ROBERT JOSEPH KROBOTH                            :    Case No. 16-13342REF
and MELANIE ANN KROBOTH,                         :    Chapter 12
        Debtors                                  :

# O R D E R

AND NOW, this 13 day of April, 2017, IT IS HEREBY ORDERED that oral argument shall be held on the Motion for Relief from Automatic Stay filed by the United States of America

        On:   **Wednesday, May 3, 2017**
        At:   **11:00 a.m.**
        In:   **Courtroom No. 1**
              **Third Floor, The Madison**
              **400 Washington St.**
              **Reading, PA**

to address the issue of whether a creditor may offset a pre-petition debt it owes to the debtor against a pre-petition claim the debtor owes to the creditor when the pre-petition claim the debtor owes to the creditor was not mature at the time the bankruptcy petition was filed, but matures while the bankruptcy case is pending, and is matured at the time the creditor seeks to offset the debt, see Szymanski v. Wachovia Bank (In re Szymanski), 413 B.R. 232, 245 (Bankr. E.D. Pa. 2009); Nase v. GNC Community Federal Credit Union (In re Nase), 297 B.R. 12, 19

(Bankr. W.D. Pa. 2003); Royal Bank of Pennsylvania v. Selig, 644 A.2d 741, 744 (Pa. Super. 1994).

        BY THE COURT

        _____
        RICHARD E. FEHLING
        United States Bankruptcy Court