United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Kroboth  
Melanie Ann Kroboth  
    Debtors

Case No. 16-13342-ref  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Apr 13, 2017  
                Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db/jdb      +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr      +E-mail/Text: bankruptcy@fult.com Apr 14 2017 01:21:11      Fulton Bank NA,    One Penn Square,    5th Floor,    Lancaster, PA 17602-2853  
cr      E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2017 01:16:04      Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605  
                                                                                                TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:  
        ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com  
        ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com  
        DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
        DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
        FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12) flreigle@flreiglepc.com  
        FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com  
        SCOTT M. KLEIN    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com, kpower@bmnlawyers.com  
        THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA, Commodity Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                           TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
ROBERT JOSEPH KROBOTH               :    Case No. 16-13342REF
and MELANIE ANN KROBOTH,            :    Chapter 12
             Debtors                :

# ORDER

AND NOW, this 13 day of April, 2017, IT IS HEREBY ORDERED that oral argument shall be held on the Motion for Relief from Automatic Stay filed by the United States of America

        On:  Wednesday, May 3, 2017
        At:   11:00 a.m.
        In:   Courtroom No. 1
             Third Floor, The Madison
             400 Washington St.
             Reading, PA

to address the issue of whether a creditor may offset a pre-petition debt it owes to the debtor against a pre-petition claim the debtor owes to the creditor when the pre-petition claim the debtor owes to the creditor was not mature at the time the bankruptcy petition was filed, but matures while the bankruptcy case is pending, and is matured at the time the creditor seeks to offset the debt, see Szymanski v. Wachovia Bank (In re Szymanski), 413 B.R. 232, 245 (Bankr. E.D. Pa. 2009); Nase v. GNC Community Federal Credit Union (In re Nase), 297 B.R. 12, 19

(Bankr. W.D. Pa. 2003); <u>Royal Bank of Pennsylvania v. Selig</u>, 644 A.2d 741, 744 (Pa. Super. 1994).

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Court