IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
ROBERT JOSEPH KROBOTH and )
MELANIE ANN KROBOTH, ) CASE NO: 16-13342
) Chapter 12
Debtors )
)

## CERTIFICATION OF SERVICE

I, **DAVID B. SCHWARTZ, ESQUIRE**, counsel for Debtors, do hereby certify that a true and correct copy of Debtors' Third Amended Chapter 12 Plan has been served this 1st day of May, 2017 upon the following by email:

United States Trustee

Frederick Reigle, Esquire, Chapter 12 Trustee

and upon the following by United States First Class Mail, postage prepaid:

USDA Northampton Farm Service Agency
c/o Commodity Credit Corporation
3910 Adler Place, Suite 110
Bethlehem, PA 18017-9299

Fulton Bank, N.A.
1 Penn Square
Lancaster, PA 17602-2853

Brown McGarry Nimeroff
Scott M. Klein, Esquire
200 N. High Street, Suite 300
West Chester, PA 19380-2686

Buckley Brion McGuire & Morris, LLP
118 W. Market Street, Suite 300
West Chester, PA 19382-2902

Lafayette Ambassador Bank
P.O. Box 25091
Lehigh Valley, PA 18002-5091

TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305-5503

Brett R. Kroboth
6274 Mud Run Road
Nazareth, PA 18064-8648

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

PNC Bank National Association
P.O. Box 94982
Cleveland, OH 44101

Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Robert and Melanie Kroboth
6274 Mud Run Road
Nazareth, PA 18064-8648

_____
David B. Schwartz, Esquire
Goodman Schwartz & Shaw LLC
Counsel for Debtors
514 Fullerton Avenue, Suite 2
Whitehall, PA  18052
Phone No:  610-434-2023
Fax No:    610-432-4552
I.D. #25490