```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                          :    CASE NO. 16-13342
                                :
ROBERT JOSEPH KROBOTH AND       :
MELANIE ANN KROBOTH             :
D/B/A KROBOTH FARMS,            :    Chapter 12
                                :
          Debtors               :

### ORDER CONFIRMING PLAN UNDER CHAPTER 12

**AND NOW**, this ___8___ day of ___June___, 2017, upon consideration of the Third Amended Chapter 12 Plan and Addendum to Third Amended Chapter 12 Plan submitted by the Debtors under Chapter 12 of Title 11 U.S.C. and the Standing Trustee's report which has been filed; and it appearing that:

A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B.  the Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.;

C.  any fee, charge or amount required upon Chapter 12 of Title 28 or by the Plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

BY THE COURT:

_____
Richard E. Fehling
U.S. Bankruptcy Judge