United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13342-ref
Robert Joseph Kroboth                                                     Chapter 12
Melanie Ann Kroboth
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                 Page 1 of 2              Date Rcvd: Jun 08, 2017
                              Form ID: pdf900           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db/jdb         +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13725455       +Automatic Farm Systems,    608 E Evergreen Rd,    Lebanon, PA 17042-7900
13725456       #Brown McGarry Nimeroff,    200 N High St Ste 300,    West Chester, PA 19380-2686
13725457        Buckley Brion McGuire & Morris, LLP,    118 W Market St Ste 300,    West Chester, PA 19382-2902
13725458        CAT financial,    2120 W End Ave,    Nashville, TN 37203-5251
13725460        CNH Industrial Capital,    Dept. 18-1103605170,    PO Box 78004,    Phoenix, AZ 85062-8004
13725459        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13725461        Comenity Bank/Bon Ton,    PO Box 182789,    Columbus, OH 43218-2789
13725462        Commodity Credit Corporation,    3910 Adler Pl Ste 110,    Bethlehem, PA 18017-9299
13725463       #Crop Production Services,    140 Office Park Way,    Pittsford, NY 14534-1758
13794304       +Crop Production Services, Inc.,    PO Box 56,    Boydon, VA 23917-0056
13750534        Eye and Laser Centers of New Jersey, LLC,    330 South St Ste 2,    Morristown, NJ 07960-7391
13725465        Frey & Co., CPA,    121 N Best Ave Ste 2,    Walnutport, PA 18088-1243
13725466       +Fulton Bank, N.A.,    c/o Mark Klein, Esq.,    200 N. High St, Ste. 300,
                 West Chester, PA 19380-2686
13725467        Gro-Mor Plant food Company, Inc,    281 Farmland Rd,    Leola, PA 17540-9503
13725468        Hoober, Inc.,    3452 Old Philadelphia Pike,    Intercourse, PA 17534-7005
13725469        Hunter Keystone Peterbilt, LP,    1463 Manheim Pike,    Lancaster, PA 17601-3125
13725470        John Deere Financial,    PO Box 6600,    Johnston, IA 50131-6600
13798268        John Deere Financial, f.s.b.,    P.O. Box 6600,    Johnston, IA 50131-6600
13725471       +King, Spry, Herman, Freund & Faul, LLC,    1 W Broad St Ste 700,    Bethlehem, PA 18018-5783
13725472        NAPA auto parts,    PO Box 2047,    Norcross, GA 30091-2047
13725473        Nothampton Farm Bureau,    300 Bushkill St,    Tatamy, PA 18085-7046
13725474       ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court:   People First Federal Credit Union,    2141 Downyflake Ln,
                 Allentown, PA 18103-4774)
13788023       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13725475        PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13725476        R.F. Equipment, INC.,    3601 Mount Carmel Rd,    Upperco, MD 21155-9585
13725477        Ransome CAT,    5102 Beekmantown Rd,    Whitehall, PA 18052-2239
13725478        Reinhart Construction,    1155 Creek Rd,    Bangor, PA 18013-5855
13725479        Robert L. Collura, Surveryors,    727 Molasses Rd,    Bangor, PA 18013-9468
13750500       +Tolino's Fuel Service, Inc.,    225 Flicksville Rd,    Bangor, PA 18013-2798
13810670       +USA, Acting through USDA et al...,    USDA Northampton Farm Svc. Agency,
                 3910 Adler Place, Ste. 110,    Bethlehem, PA 18017-9299
13725483       +Wells Fargo Financial,    800 Walnut St,    Des Moines, IA 50309-3891
13725484       +Wilson products,    3411 Northwood Ave,    Easton, PA 18045-8097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jun 09 2017 00:55:58     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:31     Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@fult.com Jun 09 2017 00:56:48     Fulton Bank NA,    One Penn Square,
                 5th Floor,    Lancaster, PA 17602-2853
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:29     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13725464        E-mail/Text: mrdiscen@discover.com Jun 09 2017 00:55:20     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
13739299       +E-mail/Text: mrdiscen@discover.com Jun 09 2017 00:55:20     Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany OH 43054-3025
13792855        E-mail/Text: bankruptcy@fult.com Jun 09 2017 00:56:48     Fulton Bank, N.A.,,    1 Penn Sq,,
                 Lancaster, PA 17602-2853
13811508       +E-mail/Text: bankruptcy@genpt.com Jun 09 2017 00:55:27     Genuine Parts Co.,
                 4625 River Green Pkwy.,    Duluth, GA 30096-2583
13807158       +E-mail/Text: credit4@huntertrucksales.com Jun 09 2017 00:56:46     Hunter Keystone Peterbilt,
                 Hunter Family of Companies,    ATN: Chuck Miller,    480 Pittsburgh Road,
                 Butler, PA 16002-7654
13750501        E-mail/Text: bankruptcy@fult.com Jun 09 2017 00:56:48     Lafayette Ambassador Bank,
                 PO Box 25091,    Lehigh Valley, PA 18002-5091
13784386        E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2017 00:55:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788

```
District/off: 0313-4              User: dlv                Page 2 of 2                  Date Rcvd: Jun 08, 2017
                                  Form ID: pdf900          Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13754708          E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2017 00:51:44
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13725481          E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:41      SYNCB/Sams Club,   PO Box 965005,
                   Orlando, FL  32896-5005
13725480         +E-mail/Text: EGASSMANN@STTC.COM Jun 09 2017 00:56:44       Service tire truck center,
                   2255 Avenue A,    Bethlehem, PA 18017-2165
13725482          E-mail/Text: bankruptcynotices@tcfef.com Jun 09 2017 00:55:30       TCF Equipment Finance,
                   11100 Wayzata Blvd Ste 801,    Minnetonka, MN 55305-5503
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750533*        +Tolino's Fuel Service, Inc.,    225 Flicksville Road,   Bangor, PA 18013-2798
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com
              ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
               flreigle@flreiglepc.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              SCOTT M. KLEIN    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
               kpower@bmnlawyers.com
              THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA,
               Commodity Credit Corporation tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CASE NO. 16-13342
                                      :
ROBERT JOSEPH KROBOTH AND             :
MELANIE ANN KROBOTH                   :
D/B/A KROBOTH FARMS,                  : Chapter 12
                                      :
            Debtors                   :

### ORDER CONFIRMING PLAN UNDER CHAPTER 12

**AND NOW**, this ___8___ day of __June__, 2017, upon consideration of the Third Amended Chapter 12 Plan and Addendum to Third Amended Chapter 12 Plan submitted by the Debtors under Chapter 12 of Title 11 U.S.C. and the Standing Trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required upon Chapter 12 of Title 28 or by the Plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

BY THE COURT:

_____
Richard E. Fehling
U.S. Bankruptcy Judge