## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Robert Joseph Kroboth and         :        Chapter 12
       Melanie Ann Kroboth              :
           Debtors                               :        Case 4:16-bk-13342

## STIPULATION

In accordance with Debtors' Third Amended Chapter 12 Plan (Doc 54), as confirmed by Order of Court dated June 8, 2017 (Doc 64), creditor Fulton Bank, N.A., by and through its undersigned counsel, hereby submits this Stipulation confirming that Debtors have executed and delivered to Fulton Bank, N.A., the New Fulton Loan Documents (as defined in Debtors' Third Amended Chapter 12 Plan).

                                            **BROWN McGARRY NIMEROFF LLC**

Dated:  July 6, 2017         By:    */s/Scott M. Klein*
                                            Scott M. Klein, Esquire
                                            E-mail: sklein@bmnlawyers.com
                                            Attorney ID # 94129
                                            158 W. Gay Street, Suite 200
                                            West Chester, PA 19380
                                            Tel.: 610-755-3311/Fax: 484-631-1302

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

**CERTIFICATE OF SERVICE AND NOTICE**

      I, Scott M. Klein, Esquire, hereby certify that I am more than 18 years of age and that on July 6, 2017, I served a copy of the foregoing Stipulation on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. I certify under penalty of perjury that the foregoing is true and correct.

David B. Schwartz, Esquire
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
610-434-2023
david@dbsesq.com
*Counsel for Debtor*

Andrew J. Shaw, Esquire
Goodman & Shaw, P.C.
44 E. Broad Street, Suite 15
P.O. Box 1248
Bethlehem, PA 18016-1248
610-691-3151
ashaw@goodmanshaw.com
*Counsel for Debtors*

Ramesh Singh
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
305-379-7674
claims@recoverycorp.com
*Authorized agent for Synchrony Bank*

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue, Suite 101
Reading, PA 19606
(610) 779-4550
flreigle@flreiglepc.com
*Trustee*

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411
USTPRegion03.PH.ECF@usdoj.gov
*United States Trustee*

Thomas I. Puleo, Esquire
KML Law Group, P.C.
Mellon Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106
tpuleo@kmllawgroup.com

**BROWN McGARRY NIMEROFF LLC**

Dated:  July 6, 2017        By:     */s/Scott M. Klein*
                                    Scott M. Klein, Esquire
                                    E-mail: sklein@bmnlawyers.com
                                    Attorney ID # 94129
                                    158 W. Gay Street, Suite 200
                                    West Chester, PA 19380
                                    Tel.: 610-755-3311/Fax: 484-631-1302

2