IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROBERT JOSEPH KROBOTH &<br>MELANIE ANN KROBOTH,<br>　　　　Debtors<br><br>UNITED STATES OF AMERICA<br>FARM SERVICE AGENCY,<br>　　　　Movant<br>　　v.<br><br>ROBERT JOSEPH KROBOTH &<br>MELANIE ANN KROBOTH,<br>　　　　Respondents | Bankruptcy No. 16-13342<br><br>Chapter 12 |

## ORDER

AND NOW, this **14** day of **September**, 2017, after appropriate Notice and Hearing, if required, it is hereby _motion for relief from_ ~~ORDERED, that the~~ automatic stay _is DENIED for failure to appear._ ~~imposed by 11 U.S.C. § 362 of the Bankruptcy Code is hereby vacated to permit the Movant to proceed with its administrative procedures for the purposes of assessing liquidated damages against the Debtor Robert J. Kroboth.~~

~~ORDERED, that Bankruptcy Rule 4001(a)(3) is waived.~~

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard E. Fehling
　　　　　　　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　　　　　　　Richard E. Fehling
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge