United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Joseph Kroboth
Melanie Ann Kroboth
    Debtors

Case No. 16-13342-ref
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Sep 14, 2017
                   Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db/jdb        +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Sep 15 2017 04:01:35     Dun & Bradstreet, INC,
           3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
cr            +E-mail/Text: bankruptcy@fult.com Sep 15 2017 04:02:14     Fulton Bank NA,    One Penn Square,
           5th Floor,    Lancaster, PA 17602-2853
cr            E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2017 04:06:28     Synchrony Bank,
       c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
       Miami, FL   33131-1605
                                                                                                                                                      TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
       ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com,
       abgoodmanesq@gmail.com
       ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com,
       abgoodmanesq@gmail.com
       DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
       DBSchwartzesq@aol.com
       DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
       DBSchwartzesq@aol.com
       FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
       flreigle@flreiglepc.com
       FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
       Scott M. Klein    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
       kpower@bmnlawyers.com;keckman@bmnlawyers.com
       THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA,
       Commodity Credit Corporation tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERT JOSEPH KROBOTH & | ) |
| MELANIE ANN KROBOTH, | ) Bankruptcy No. 16-13342 |
| Debtors | ) |
| | ) Chapter 12 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| FARM SERVICE AGENCY, | ) |
| Movant | ) |
| v. | ) |
| | ) |
| ROBERT JOSEPH KROBOTH & | ) |
| MELANIE ANN KROBOTH, | ) |
| Respondents | ) |

## ORDER

AND NOW, this **14** day of **September**, 2017, after appropriate Notice and Hearing, if required, it is hereby **motion for relief from** ~~ORDERED, that the~~ automatic stay ~~imposed by 11 U.S.C. § 362 of the Bankruptcy Code~~ **is DENIED for failure to appear.**

~~is hereby vacated to permit the Movant to proceed with its administrative procedures for the purposes of assessing liquidated damages against the Debtor Robert J. Kroboth.~~

~~ORDERED, that Bankruptcy Rule 4001(a)(3) is waived.~~

_____
Richard E. Fehling
United States Bankruptcy Judge