United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Kroboth  
Melanie Ann Kroboth  
    Debtors

Case No. 16-13342-ref  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Oct 19, 2017  
    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.  
db/jdb     +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/Text: bankruptcy@fult.com Oct 20 2017 01:40:07     Fulton Bank NA,   One Penn Square,   5th Floor,   Lancaster, PA 17602-2853  
cr     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 01:42:14     Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605  
    TOTAL: 2

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:  
    ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
    ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
    DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
    DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
    FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12) flreigle@flreiglepc.com  
    FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com  
    Scott M. Klein    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com, kpower@bmnlawyers.com;keckman@bmnlawyers.com  
    THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA, Commodity Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT JOSEPH KROBOTH & ) | |
| MELANIE ANN KROBOTH, ) | Bankruptcy No. 16-13342 |
| Debtors ) | |
| ) | Chapter 12 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| FARM SERVICE AGENCY, ) | |
| Movant ) | |
| v. ) | |
| ) | |
| ROBERT JOSEPH KROBOTH & ) | |
| MELANIE ANN KROBOTH, ) | |
| Respondents ) | |

## ORDER

AND NOW, this **19** day of **October**, 2017, upon Motion of the United States of America for Reconsideration, it is hereby ORDERED that the Motion is granted and this Court's Order entered September 14, 2017 is hereby vacated. An evidentiary hearing on the Motion shall be held on **11/9/17 at 9:30 at Reading Court.**

_____
Richard E. Fehling
United States Bankruptcy Judge