IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERT JOSEPH KROBOTH & | ) |
| MELANIE ANN KROBOTH, | ) Bankruptcy No. 16-13342 |
|     Debtors | ) |
| | ) Chapter 12 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| FARM SERVICE AGENCY, | ) |
|     Movant | ) |
| v. | ) |
| | ) |
| ROBERT JOSEPH KROBOTH & | ) |
| MELANIE ANN KROBOTH, | ) |
|     Respondents | ) |

## ORDER

AND NOW, this __9__ day of __Nov__, 2017, after appropriate Notice and Hearing, if required, it is hereby

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is hereby vacated to permit the Movant to proceed with its administrative procedures for the purposes of assessing liquidated damages against the Debtor Robert J. Kroboth.

ORDERED, that Bankruptcy Rule 4001(a)(3) is waived.

_____
Richard E. Fehling
United States Bankruptcy Judge