United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13342-ref
Robert Joseph Kroboth                                                     Chapter 12
Melanie Ann Kroboth
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Nov 09, 2017
                              Form ID: pdf900        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db/jdb         +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Nov 10 2017 01:53:07      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2017 01:53:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@fult.com Nov 10 2017 01:53:33      Fulton Bank NA,    One Penn Square,
                 5th Floor,    Lancaster, PA 17602-2853
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2017 01:54:37      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
               flreigle@flreiglepc.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              Scott M. Klein    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
               kpower@bmnlawyers.com;keckman@bmnlawyers.com
              THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA,
               Commodity Credit Corporation tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROBERT JOSEPH KROBOTH &<br>MELANIE ANN KROBOTH,<br>                Debtors<br><br>UNITED STATES OF AMERICA<br>FARM SERVICE AGENCY,<br>                Movant<br>     v.<br><br>ROBERT JOSEPH KROBOTH &<br>MELANIE ANN KROBOTH,<br>                Respondents | Bankruptcy No. 16-13342<br><br>Chapter 12 |

## ORDER

AND NOW, this 9 day of November, 2017, after appropriate Notice and Hearing, if required, it is hereby

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is hereby vacated to permit the Movant to proceed with its administrative procedures for the purposes of assessing liquidated damages against the Debtor Robert J. Kroboth.

ORDERED, that Bankruptcy Rule 4001(a)(3) is waived.

_____
Richard E. Fehling
United States Bankruptcy Judge