In re: Robert Joseph Kroboth and Melanie Ann Kroboth, Debtor – Case No. 16-13342

Application for Compensation and Reimbursement of Expenses of Debtors' Counsel, Goodman Schwartz & Shaw LLC

Part A – Preliminary Statement – Paragraph 5 – Pre-Petition Fees

| Date | Time | Description |
|---|---|---|
| 4/17/15 | 2.2 | Meeting with client |
| 5/29/15 | 0.8 | Review clients' real estate recording documents |
| 6/1/15 | 1.8 | Meeting with clients |
| 7/16/15 | .2 | Telephone call with client |
| 7/21/15 | 3.9 | Telephone call with client; Review clients' financial documents |
| 9/28/15 | .2 | Telephone call with client |
| 2/1/16 | 1.3 | Meeting with client |
| 2/15/16 | 3.8 | Review clients' financial documents and tax returns |
| 2/18/16 | 2.4 | Review existing real estate appraisals and inventory |
| 4/16/16 | 2.8 | Review real estate title reports |
| 5/3/16 | 2.9 | Meeting with clients; Review Fulton Bank State Court Motion; Telephone call with Northampton County Prothonotary |
| 5/4/16 | 3.8 | Conduct UCC search; Review multiple financing statements |
| 5/5/16 | 1.7 | Telephone call with appraiser; Review clients' financial documents |
| 5/10/16 | 2.9 | Review state court judgment; Telephone calls with clients; Prepare and file Chapter 12 Petition, Certificate of Credit Counseling, Social Security Statement and Matrix; Review Court Order |

TOTAL: 30.7 Hours @ 250.00 per hour: $7,675.00

EXHIBIT "B"