### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Robert Joseph Kroboth and
Melanie Ann Kroboth

      Debtor(s)

Case No: 16–13342–ref

Chapter: 12

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

***TELEPHONIC HEARING***
Application for Compensation of Counsel Fees for DAVID B. SCHWARTZ, Debtor's Attorney, Period: 5/10/2016 to 9/22/2017, Fee: $13,000.00, Expenses: $0.00. Filed by DAVID B. SCHWARTZ.
**Parties are to appear for hearing via telephone**

on: 12/28/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  12/8/17

Timothy B. McGrath
Clerk of Court