United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13342-ref
Robert Joseph Kroboth                                               Chapter 12
Melanie Ann Kroboth
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith             Page 1 of 1            Date Rcvd: Dec 08, 2017
                              Form ID: 167            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db/jdb         +Robert Joseph Kroboth,   Melanie Ann Kroboth,   6274 Mud Run Road,   Nazareth, PA 18064-8648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
               flreigle@flreiglepc.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              Scott M. Klein    on behalf of Creditor   Fulton Bank NA sklein@bmnlawyers.com,
               kpower@bmnlawyers.com;keckman@bmnlawyers.com
              THOMAS I. PULEO    on behalf of Creditor   United States of America, Acting through USDA,
               Commodity Credit Corporation tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert Joseph Kroboth and
Melanie Ann Kroboth
    Debtor(s)    Case No: 16−13342−ref
    Chapter: 12

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge to consider:

***TELEPHONIC HEARING***
Application for Compensation of Counsel Fees for DAVID B. SCHWARTZ, Debtor's Attorney, Period: 5/10/2016 to 9/22/2017, Fee: $13,000.00, Expenses: $0.00. Filed by DAVID B. SCHWARTZ.
**Parties are to appear for hearing via telephone**

on: 12/28/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 12/8/17

Timothy B. McGrath
Clerk of Court

86 − 80
Form 167