# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 16-13342 |
| | ) |
| ROBERT JOSEPH KROBOTH and | ) Chapter 12 |
| MELANIE ANN KOBOTH, | ) |
| | ) |
| Debtors | ) |

## ORDER

AND NOW, this **28** day of **December**, 2017, upon consideration of the attached Application for Compensation and Reimbursement of Expenses of Debtors' Counsel, Goodman Schwartz & Shaw LLC, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

ORDERED that the Application for Compensation and Reimbursement of Expenses of Debtors' Counsel, Goodman Schwartz & Shaw LLC, is approved in the amount of $13,000.00 for compensation and $ -0- for reimbursement of actual, necessary expenses.

By the Court:

_____
Richard E. Fehling
U.S. Bankruptcy Judge