United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Kroboth  
Melanie Ann Kroboth  
    Debtors

Case No. 16-13342-ref  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Dec 28, 2017  
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.  
db/jdb      +Robert Joseph Kroboth,   Melanie Ann Kroboth,   6274 Mud Run Road,   Nazareth, PA 18064-8648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr      +E-mail/Text: bankruptcy@fult.com Dec 29 2017 00:39:07    Fulton Bank NA,   One Penn Square,   5th Floor,   Lancaster, PA 17602-2853  
cr      E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2017 00:39:36    Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605  
                                                                                                                                                TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:  
      ANDREW J. SHAW   on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
      ANDREW J. SHAW   on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
      DAVID B. SCHWARTZ   on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
      DAVID B. SCHWARTZ   on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
      FREDERICK L. REIGLE (chap 12)   on behalf of Trustee FREDERICK L. REIGLE (chap 12) flreigle@flreiglepc.com  
      FREDERICK L. REIGLE (chap 12)   flreigle@flreiglepc.com  
      Scott M. Klein   on behalf of Creditor   Fulton Bank NA sklein@bmnlawyers.com, kpower@bmnlawyers.com;keckman@bmnlawyers.com  
      THOMAS I. PULEO   on behalf of Creditor   United States of America, Acting through USDA, Commodity Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                ) Case No. 16-13342
                                      )
  ROBERT JOSEPH KROBOTH and            ) Chapter 12
  MELANIE ANN KOBOTH,                  )
                                      )
              Debtors                  )

### ORDER

AND NOW, this **28** day of **December**, 2017, upon consideration of the attached Application for Compensation and Reimbursement of Expenses of Debtors' Counsel, Goodman Schwartz & Shaw LLC, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

ORDERED that the Application for Compensation and Reimbursement of Expenses of Debtors' Counsel, Goodman Schwartz & Shaw LLC, is approved in the amount of $13,000.00 for compensation and $ -0- for reimbursement of actual, necessary expenses.

By the Court:

_____
Richard E. Fehling
U.S. Bankruptcy Judge