UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER: 12

Robert J. Kroboth

Melanie A. Kroboth                                    CASE NO.: 16-13342 REF

APPOINTMENT OF CHAPTER 12 TRUSTEE
AND DESIGNATION OF REQUIRED BOND

Michael B. Joseph, OF WILMINGTON, DELAWARE

is hereby appointed, pursuant to 11 U.S.C. 1202, as Successor Trustee of the named debtor(s).

You are currently under the blanket bond. Please inform this office if the bond needs to be increased. You must accept or reject the appointment in writing within five (5) days.

ANDREW V. VARA
ACTING UNITED STATES TRUSTEE

/s/
FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE

Date: July 16, 2018