UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       CHAPTER: 12

Robert J. Kroboth
Melanie A. Kroboth,

    DEBTOR(S)                            CASE NO.: 16-13342-REF

ACCEPTANCE OF APPOINTMENT
AS
CHAPTER 12 TRUSTEE

    I, Michael B. Joseph, of Wilmington Delaware, hereby accept appointment as successor Chapter 12 Trustee in the above referenced case, pursuant to 11 U.S.C. 1202.

                                                     /s/ Michael B. Joseph
                                                     Michael B. Joseph, Esquire
                                                     Chapter 12 Trustee
                                                     824 Market Street, Suite 1002
                                                     P.O. Box 1350
                                                     Wilmington, Delaware 19899-1350
                                                     (302) 656-0123
                                                     mjoseph@ch13de.com

Dated: July 19, 2018