United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Joseph Kroboth
Melanie Ann Kroboth
    Debtors

Case No. 16-13342-ref
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Jennifer     Page 1 of 2     Date Rcvd: Jul 18, 2018
                    Form ID: pdf900     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.

```
db/jdb          +Robert Joseph Kroboth,    Melanie Ann Kroboth,    6274 Mud Run Road,    Nazareth, PA 18064-8648
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13725455        +Automatic Farm Systems,    608 E Evergreen Rd,    Lebanon, PA 17042-7900
13725457         Buckley Brion McGuire & Morris, LLP,    118 W Market St Ste 300,    West Chester, PA 19382-2902
13725458         CAT financial,    2120 W End Ave,    Nashville, TN 37203-5251
13725460         CNH Industrial Capital,    Dept. 18-1103605170,    PO Box 78004,    Phoenix, AZ 85062-8004
13725459         Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13725462         Commodity Credit Corporation,    3910 Adler Pl Ste 110,    Bethlehem, PA 18017-9299
13794304        +Crop Production Services, Inc.,    PO Box 56,    Boydon, VA 23917-0056
13750534         Eye and Laser Centers of New Jersey, LLC,    330 South St Ste 2,    Morristown, NJ 07960-7391
13725465         Frey & Co., CPA,    121 N Best Ave Ste 2,    Walnutport, PA 18088-1243
13725466        +Fulton Bank, N.A.,    c/o Mark Klein, Esq.,    200 N. High St, Ste. 300,
                  West Chester, PA 19380-2686
13725467         Gro-Mor Plant food Company, Inc,    281 Farmland Rd,    Leola, PA 17540-9503
13725468         Hoober, Inc.,    3452 Old Philadelphia Pike,    Intercourse, PA 17534-7005
13725469         Hunter Keystone Peterbilt, LP,    1463 Manheim Pike,    Lancaster, PA 17601-3125
13725470         John Deere Financial,    PO Box 6600,    Johnston, IA 50131-6600
13798268         John Deere Financial, f.s.b.,    P.O. Box 6600,    Johnston, IA 50131-6600
13725471        +King, Spry, Herman, Freund & Faul, LLC,    1 W Broad St Ste 700,    Bethlehem, PA 18018-5783
13725472         NAPA auto parts,    PO Box 2047,    Norcross, GA 30091-2047
13725473         Nothampton Farm Bureau,    300 Bushkill St,    Tatamy, PA 18085-7046
13725474       ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Federal Credit Union,    2141 Downyflake Ln,
                  Allentown, PA 18103-4774)
13788023        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13725475         PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13725476         R.F. Equipment, INC.,    3601 Mount Carmel Rd,    Upperco, MD 21155-9585
13725477         Ransome CAT,    5102 Beekmantown Rd,    Whitehall, PA 18052-2239
13725478         Reinhart Construction,    1155 Creek Rd,    Bangor, PA 18013-5855
13725479         Robert L. Collura, Surveryors,    727 Molasses Rd,    Bangor, PA 18013-9468
13750500        +Tolino's Fuel Service, Inc.,    225 Flicksville Rd,    Bangor, PA 18013-2798
13810670        +USA, Acting through USDA et al...,    USDA Northampton Farm Svc. Agency,
                  3910 Adler Place, Ste. 110,    Bethlehem, PA 18017-9299
13725483        +Wells Fargo Financial,    800 Walnut St,    Des Moines, IA 50309-3891
13725484        +Wilson products,    3411 Northwood Ave,    Easton, PA 18045-8097
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:12:59
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: bankruptcy@fult.com Jul 19 2018 02:13:42     Fulton Bank NA,    One Penn Square,
                  5th Floor,    Lancaster, PA 17602-2853
cr               E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:17:40     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13725461         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 19 2018 02:12:53     Comenity Bank/Bon Ton,
                  PO Box 182789,    Columbus, OH 43218-2789
13725464         E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:12:47     Discover Financial Services,
                  PO Box 15316,    Wilmington, DE 19850-5316
13739299        +E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:12:47     Discover Bank,
                  Discover Products Inc,    POB 3025,    New Albany OH 43054-3025
13792855         E-mail/Text: bankruptcy@fult.com Jul 19 2018 02:13:42     Fulton Bank, N.A.,,    1 Penn Sq,,
                  Lancaster, PA 17602-2853
13811508        +E-mail/Text: bankruptcy@genpt.com Jul 19 2018 02:12:54     Genuine Parts Co.,
                  4625 River Green Pkwy.,    Duluth, GA 30096-2583
13807158        +E-mail/Text: credit4@huntertrucksales.com Jul 19 2018 02:13:39     Hunter Keystone Peterbilt,
                  Hunter Family of Companies,    ATN: Chuck Miller,    480 Pittsburgh Road,
                  Butler, PA 16002-7654
13750501         E-mail/Text: bankruptcy@fult.com Jul 19 2018 02:13:42     Lafayette Ambassador Bank,
                  PO Box 25091,    Lehigh Valley, PA 18002-5091
13784386         E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2018 02:12:56
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13754708         E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2018 02:18:32
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
```

```
District/off: 0313-4          User: Jennifer              Page 2 of 2                   Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13725481          E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:16:55      SYNCB/Sams Club,   PO Box 965005,
                 Orlando, FL  32896-5005
13725480         +E-mail/Text: EGASSMANN@STTC.COM Jul 19 2018 02:13:38      Service tire truck center,
                 2255 Avenue A,    Bethlehem, PA 18017-2165
13725482          E-mail/Text: bankruptcynotices@tcfef.com Jul 19 2018 02:12:57      TCF Equipment Finance,
                 11100 Wayzata Blvd Ste 801,    Minnetonka, MN 55305-5503
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750533*        +Tolino's Fuel Service, Inc.,    225 Flicksville Road,    Bangor, PA 18013-2798
13725456         ##Brown McGarry Nimeroff,    200 N High St Ste 300,    West Chester, PA  19380-2686
13725463         ##Crop Production Services,    140 Office Park Way,    Pittsford, NY  14534-1758
                                                                                        TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
           DBSchwartzesq@aol.com
          DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
           DBSchwartzesq@aol.com
          FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
           flreigle@flreiglepc.com
          FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
          SCOTT M. KLEIN    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
           kpower@bmnlawyers.com;keckman@bmnlawyers.com
          THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA,
           Commodity Credit Corporation tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER: 12

Robert J. Kroboth

Melanie A. Kroboth    CASE NO.: 16-13342 REF

APPOINTMENT OF CHAPTER 12 TRUSTEE
AND DESIGNATION OF REQUIRED BOND

Michael B. Joseph, OF WILMINGTON, DELAWARE

is hereby appointed, pursuant to 11 U.S.C. 1202, as Successor Trustee of the named debtor(s).

You are currently under the blanket bond. Please inform this office if the bond needs to be increased. You must accept or reject the appointment in writing within five (5) days.

ANDREW V. VARA
ACTING UNITED STATES TRUSTEE

/s/
FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE

Date: July 16, 2018