IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT & MELANIE ANN KROBOTH        : Chapter 12

Debtor(s).                                              : CASE NO: 16-13342-REF

INTERIM ACCOUNT OF SUCCESSOR CHAPTER 12 TRUSTEE

Michael B. Joseph, Esquire, Successor Chapter 12 Trustee, respectfully represents as follows:

1. The above Debtor(s) filed this case on May 10, 2016 and the Plan was confirmed on June 08, 2017.

2. Frederick Reigle, Esquire (the "former Trustee") was appointed the Chapter 12 Trustee and served until July 15, 2018. On July 16, 2018, Michael B. Joseph was appointed as the Successor Trustee (the "Successor Trustee").

3. Attached hereto as "Exhibit A" and by this reference made a part hereof, is an Interim Account of the Successor Trustee (the "Interim Account").

4. Upon information and belief the Interim Account accurately reflects an accounting of all funds received and disbursed by the Former Trustee.

WHEREFORE, this Interim Account is respectfully submitted pursuant to 11 U.S.C. Sec. 703 and 11 U.S.C. Sec. 1202.

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Successor Chapter 12 Trustee

# SUCCESSOR TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Successor Trustee of the within matter, do hereby certify that on this 28th day of September, 2018, I caused one copy of the within Interim Account of Successor Chapter 12 Trustee to be served by United States Mail, Postage Prepaid, to the undersigned:

ROBERT & MELANIE ANN KROBOTH
6274 Mud Run Road
Nazareth, PA 18064
Debtor(s)

David B. Schwartz, Esquire
Goodman, Schwartz & Shaw LLC
514 Fullerton Avenue-Suite 2
Whitehall, PA 18052
Attorney for Debtor(s)

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Successor Chapter 12 Trustee

# MICHAEL B. JOSEPH, CHAPTER 12 TRUSTEE
## Interim Account
### For Period From 05-10-16 Through 09-28-18

ROBERT & MELANIE ANN KROBOTH
6274 Mud Run Road
Nazareth, PA 18064

Case No.: 16-13342-REF
% Plan: 100.00  Plan Term: 60
Receipts for Period         :$   396,028.97
Total Disbursed in Period   :$   395,894.46
Balance at the End of Period $      134.51

Atty:   David B. Schwartz, Esquire
        Goodman, Schwartz & Shaw LLC
        514 Fullerton Avenue-Suite 2
        Whitehall, PA 18052

## Receipts For The Period

$396,028.97 as of 09-28-18

## Claims and Distributions

| Claim# | Creditor/Payee Name | Claim Type | Claim Amt | Ttl Paid | Bal Due |
|---|---|---|---:|---:|---:|
| 001 | Discover Bank | UNSECURED | 17,146.91 | 244.64 | 16,902.27 |
| 002 | People First Federal Credit Union | UNSECURED | 0.00 | 0.00 | 0.00 |
| 003 | Quantum 3 Group LLC | UNSECURED | 798.78 | 11.38 | 787.40 |
| 004 | PNC Bank N.A. | DIRECT | 0.00 * | 0.00 | 0.00 |
| 005 | Fulton Bank N.A. | SECURED | 1,620,000.00 | 330,000.00 | 1,290,000.00 |
| 006 | Crop Production Services, Inc | UNSECURED | 10,469.52 | 149.19 | 10,320.33 |
| 007 | Service Tire Truck Center Inc | UNSECURED | 4,227.42 | 60.24 | 4,167.18 |
| 008 | John Deere Financial FSB | UNSECURED | 15,445.65 | 220.10 | 15,225.55 |
| 009 | Hunter Keyston Peterbilt | UNSECURED | 2,284.06 | 32.55 | 2,251.51 |
| 010 | TCF Equipment Finance | SECURED | 2,129.84 | 2,129.84 | 0.00 |
| 011 | USDA Northhampton Farm Service Agency | SECURED | 132,109.95 | 43,215.00 | 88,894.95 |
| 012 | Genuine Parts company | UNSECURED | 1,510.67 | 21.53 | 1,489.14 |
| 013 | Caterpillar Financial Comm Acct Corp | UNSECURED | 626.80 | 8.60 | 618.20 |
| 014 | USDA Northhampton Farm Service Agency | DUPLICATE CLAIM | 0.00 * | 0.00 | 0.00 |
| 050 | Frederick L Reigle | TRUSTEE COMMISSION | 19,801.39 | 19,801.39 | 0.00 |
| 100 | Automatic Farm Systems | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 101 | CHASE | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 102 | CNH Industrial Capital | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 103 | COMENITY BANK | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 104 | EYE AND LASER CENTERS OF NJ | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 105 | FREY & CO; PA | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 106 | GRO-MOR PLANT FOOD COMPANY | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 107 | HOOBER INC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |

Claims continued on next page

| Claim# | Creditor/Payee Name | Claim Type | Claim Amt | Ttl Paid | Bal Due |
|---|---|---|---|---|---|
| 108 | KING, SPRY, HERMAN, FREUND & FAUL LLC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 109 | NAPA AUTO PARTS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 110 | R.F. EQUIPMENT INC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 111 | RANSOME CAT | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 112 | REINHART CONSTRUCTION | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 113 | Robert L. Collura, Surveryors | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 114 | SYNCB/Sams Club | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 115 | Tolino's Fuel Service, Inc. | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 116 | WELLS FARGO FINANCIAL | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 117 | Wilson Products | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
|  |  |  | 1,826,550.99 | 395,894.46 | 1,430,656.53 |

Approximate amount needed to pay out claims with commission as of 09-28-18: 1505812.65
* Marked claims have been adjusted according to payment status or percent plan.