**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| In re: Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

HEARING DATE: July 16, 2019 12:30 p.m.

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Fulton Bank, N.A, has filed a Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1208 with the Court.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 1, 2019 you or your attorney must do all of the following:

> (a) file an answer explaining your position at:
> Clerk's Office
> United States Bankruptcy Court
> Eastern District of Pennsylvania
> The Madison Building
> 400 Washington Street, Suite 300
> Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to the movant's attorney:
> Scott M. Klein, Esquire
> Brown McGarry Nimeroff LLC
> 158 W. Gay Street, Suite 200
> West Chester, PA 19380
> Tel.: 610-755-3311/Fax: 484-631-1302

(c) and a copy to the following:

> David B. Schwartz, Esquire
> Andrew J. Shaw, Esquire
> Goodman Schwartz & Shaw LLC
> 514 Fullerton Avenue, Suite 2
> Whitehall, PA 18052
> 610-434-2023
> david@dbsesq.com
> *Counsel for debtor*
>
> Thomas I. Puleo, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106
> (215) 627-1322
> (215) 627-7734 (fax)
> tpuleo@kmllawgroup.com
> *Counsel for United States of America, Acting through USDA,*
> *Commodity Credit Corporation*
>
> Michael B. Joseph, Esquire
> 824 Market Street, Suite 1002
> Wilmington, DE 19899
> (302) 656-0123
> mjoseph@ch13de.com
> *Chapter 12 Trustee*
>
> Office of the U.S. Trustee
> 833 Chestnut Street
> Suite 500
> Philadelphia, PA 19107
> (215) 597-4411
> USTPRegion03.PH.ECF@usdoj.gov
> *United States Trustee*

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on July 16, 2019 at 12:30 p.m. in United States Bankruptcy Court, Eastern District of Pennsylvania, The Madison Building,

        400 Washington Street, Suite 300, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                          **BROWN McGARRY NIMEROFF LLC**

Dated:  June 17, 2019        By:    */s/Scott M. Klein*
                                                  Scott M. Klein, Esquire
                                                  E-mail: *sklein@bmnlawyers.com*
                                                  Attorney ID # 94129
                                                  158 W. Gay Street, Suite 200
                                                  West Chester, PA 19380
                                                  Tel.: 610-755-3311/Fax: 484-631-1302