# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT JOSEPH KROBOTH and | ) | CHAPTER 12 |
| MELANIA ANN KROBOTH, | ) | |
| | ) | |
| Debtors | ) | No. 16-13342 |

## ORDER

Upon consideration of Fulton Bank, N.A.'s Motion to Dismiss Case for Failure to Make Plan Payments (the "Motion"), the Debtors' Answer to the Motion, and after any hearing thereon, it is

ORDERED that the Motion is denied.

BY THE COURT:

*Patricia M. Mayer*

The Honorable Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: June 25, 2020**