United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Joseph Kroboth  
Melanie Ann Kroboth  
     Debtors

Case No. 16-13342-pmm  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa        Page 1 of 1        Date Rcvd: Jun 25, 2020  
                        Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
db/jdb      +Robert Joseph Kroboth,   Melanie Ann Kroboth,   6274 Mud Run Road,   Nazareth, PA 18064-8648  
cr         +Commonwealth of PA   UCTS,   651 Boas Street, Room 924,   Harrisburg, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bankruptcy@fult.com Jun 26 2020 04:10:27     Fulton Bank NA,   One Penn Square,    5th Floor,   Lancaster, PA 17602-2853  
cr          E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 04:52:54     Synchrony Bank,    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605  
                                                                                                                 TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:  
          ANDREW J. SHAW   on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
          ANDREW J. SHAW   on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com, abgoodmanesq@gmail.com  
          DAVID B. SCHWARTZ   on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
          DAVID B. SCHWARTZ   on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com, DBSchwartzesq@aol.com  
          JOHN R.K. SOLT   on behalf of Debtor Robert Joseph Kroboth jsolt.soltlaw@rcn.com, rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com  
          JOHN R.K. SOLT   on behalf of Joint Debtor Melanie Ann Kroboth jsolt.soltlaw@rcn.com, rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com  
          MICHAEL B. JOSEPH   on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com  
          MICHAEL B. JOSEPH   mjoseph@ch13de.com  
          SCOTT M. KLEIN   on behalf of Creditor   Fulton Bank NA sklein@bmnlawyers.com, kpower@bmnlawyers.com;keckman@bmnlawyers.com  
          THOMAS I. PULEO   on behalf of Creditor   United States of America, Acting through USDA, Commodity Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT JOSEPH KROBOTH and MELANIA ANN KROBOTH, | ) ) ) | CHAPTER 12 |
| Debtors | ) | No. 16-13342 |

## ORDER

Upon consideration of Fulton Bank, N.A.'s Motion to Dismiss Case for Failure to Make Plan Payments (the "Motion"), the Debtors' Answer to the Motion, and after any hearing thereon, it is

ORDERED that the Motion is denied.

BY THE COURT:

*Patricia M. Mayer*
_____
The Honorable Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: June 25, 2020**