**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ROBERT JOSEPH KROBOTH and  MELANIA ANN KROBOTH, | ) ) ) | CHAPTER 12 |
| Debtors | ) | No. 16-13342-PMM |

## ORDER

Upon consideration of Debtors' Motion to Modify Chapter 12 Plan Post-Confirmation Pursuant to 11 U.S.C. § 1229 ("Motion") and any objections thereto,

**IT IS ORDERED** that the Motion is granted, and

**IT IS FURTHER ORDERED** that the Debtors' Fifth Amended Chapter 12 Plan, as filed at docket 117 on June 30, 2020, is confirmed.

**Date: July 8, 2020**

_Patricia M. Mayer_
Patricia M. Mayer
United States Bankruptcy Judge