United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Joseph Kroboth
Melanie Ann Kroboth
    Debtors

Case No. 16-13342-pmm
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Jul 08, 2020
                    Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db/jdb       +Robert Joseph Kroboth,  Melanie Ann Kroboth,  6274 Mud Run Road,  Nazareth, PA 18064-8648
cr           +Commonwealth of PA  UCTS,  651 Boas Street, Room 924,  Harrisburg, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcy@fult.com Jul 09 2020 05:05:49      Fulton Bank NA,  One Penn Square,
               5th Floor,  Lancaster, PA 17602-2853
cr           E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 05:12:13     Synchrony Bank,
               c/o Recovery Management Systems Corporat,  25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                                     TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
         ANDREW J. SHAW    on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com,
          abgoodmanesq@gmail.com
         ANDREW J. SHAW    on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com,
          abgoodmanesq@gmail.com
         DAVID B. SCHWARTZ    on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com,
          DBSchwartzesq@aol.com
         DAVID B. SCHWARTZ    on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com,
          DBSchwartzesq@aol.com
         JOHN R.K. SOLT    on behalf of Debtor Robert Joseph Kroboth jsolt.soltlaw@rcn.com,
          rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
         JOHN R.K. SOLT    on behalf of Joint Debtor Melanie Ann Kroboth jsolt.soltlaw@rcn.com,
          rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
         MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
         MICHAEL B. JOSEPH    mjoseph@ch13de.com
         SCOTT M. KLEIN    on behalf of Creditor    Fulton Bank NA sklein@bmnlawyers.com,
          kpower@bmnlawyers.com;keckman@bmnlawyers.com
         THOMAS I. PULEO    on behalf of Creditor    United States of America, Acting through USDA,
          Commodity Credit Corporation tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ROBERT JOSEPH KROBOTH and MELANIA ANN KROBOTH, | ) ) ) | CHAPTER 12 |
| Debtors | ) | No. 16-13342-PMM |

### ORDER

Upon consideration of Debtors' Motion to Modify Chapter 12 Plan Post-Confirmation Pursuant to 11 U.S.C. § 1229 ("Motion") and any objections thereto,

**IT IS ORDERED** that the Motion is granted, and

**IT IS FURTHER ORDERED** that the Debtors' Fifth Amended Chapter 12 Plan, as filed at docket 117 on June 30, 2020, is confirmed.

**Date: July 8, 2020**

_____
Patricia M. Mayer
United States Bankruptcy Judge