IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : CASE NO: 16-13342
ROBERT JOSEPH KROBOTH                           :
and MELANIE ANN KROBOTH,                        :
                                                :  Chapter 12
    Debtors                                     :

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE
## NOTICE IS HEREBY GIVEN THAT:

Debtors, by and through their counsel, David B. Schwartz, Esquire, have filed a Section 363 Motion to Sell Real Property at Private Sale Free and Clear of Liens and Encumbrances and for Distribution of Proceeds at Settlement.

**Your rights may be affected. You should read this Notice carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **May 3, 2021**, you or your attorney must do **all** of the following:

    a. File an Answer, Objection, Request for Hearing, or other responsive pleading explaining your position at the Office of the Clerk of the Court, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601. If you mail your Answer, Objection, Request for Hearing, or other responsive pleading to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    b. Mail a copy to counsel for the Debtor:
David B. Schwartz, Esquire, Goodman Schwartz & Shaw LLC, 514 Fullerton Avenue, Suite 2, Whitehall, PA 18052; Telephone No. 610-434-2023; Fax No. 610-432-4552.

2. If you or your attorney do not take the steps described in Paragraphs 1.a. and 1.b. above and attend any hearing relating thereto scheduled by the Court, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Patricia M. Mayer on May 18, 2021, at 11:00 am** in the Bankruptcy Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner described by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1.b.

5. If a timely Answer, Objection, Request for Hearing, or other responsive pleading is not filed to the Motion, Movant shall file a Certification of No Opposition and the matter then may be decided by the Court without a hearing.

6. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing will be held or has been cancelled because no one filed an Answer, Objection, Request for Hearing, or other responsive pleading.

DATED: 4/19/21

David B. Schwartz, Esquire
Attorney for Debtor
Goodman Schwartz & Shaw LLC
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Phone No: 610-434-2023
FAX No: 610-432-4552
I.D. #25490

2