United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13342-pmm |
| Robert Joseph Kroboth | Chapter 12 |
| Melanie Ann Kroboth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Joseph Kroboth, Melanie Ann Kroboth, 6274 Mud Run Road, Nazareth, PA 18064-8648 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 924, Harrisburg, PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@fult.com | May 19 2021 02:00:00 | Fulton Bank NA, One Penn Square, 5th Floor, Lancaster, PA 17602-2853 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:22 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 20, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Debtor Robert Joseph Kroboth ajshawesq@gmail.com  abgoodmanesq@gmail.com |
| ANDREW J. SHAW | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 4 |

        on behalf of Joint Debtor Melanie Ann Kroboth ajshawesq@gmail.com abgoodmanesq@gmail.com

DAVID B. SCHWARTZ
        on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com DBSchwartzesq@aol.com

DAVID B. SCHWARTZ
        on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com DBSchwartzesq@aol.com

JOHN R.K. SOLT
        on behalf of Debtor Robert Joseph Kroboth jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

JOHN R.K. SOLT
        on behalf of Joint Debtor Melanie Ann Kroboth jsolt.soltlaw@rcn.com
        rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

MICHAEL B. JOSEPH
        on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com

MICHAEL B. JOSEPH
        mjoseph@ch13de.com

SCOTT M. KLEIN
        on behalf of Creditor Fulton Bank NA sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

THOMAS I. PULEO
        on behalf of Creditor United States of America Acting through USDA, Commodity Credit Corporation
        tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

## ORDER

AND NOW, this __18th__ day of __May__, 2021, upon consideration of the Debtors' Section 363 Motion to Sell Real Property at Private Sale Free and Clear of Liens and Encumbrances and for Distribution of Proceeds at Settlement (the "**Motion**") and the Objection thereto filed by Fulton Bank, N.A. (the "**Objection**") in the above-captioned case, after notice and hearing, the Court concludes that cause exists under 11 U.S.C. § 363 for the granting the relief requested therein, as tailored in accordance with Fulton Bank, N.A.'s Objection. Accordingly, it is hereby ORDERED as follows:

1. That the Motion is GRANTED, in part, and the Objection is SUSTAINED, in part, in accordance with the terms of this Order;

2. If the closing of the sale of the Debtor's real property known 6312 Mud Run Road, Nazareth, PA 18064 comprised of three parcels with Northampton County Tax IDs G9-7-8-626F, G9-7-8-626X, and G9-7-7A-626F (collectively, the "**Property**") for $450,000.00 in accordance with the Agreement attached to the Motion, with no adjustment of the purchase price (the "**Property Sale**"), is consummated by August 31, 2021, the Property shall be sold free and clear of all liens and encumbrances pursuant to 11 U.S.C. § 363 with the proceeds thereof to be distributed as follows:

    a. First, to closing costs customarily paid by a seller of commercial real estate in Pennsylvania, which shall include neither broker's fees nor attorney's fees, shall include no more than 50% of any realty transfer tax not avoided by this Order, and which closing costs shall not exceed $5,000 in total;

    b. Second, $60,000 payable to Fulton Bank, N.A. directly from closing escrow to satisfy the March 26, 2021 and June 25, 2021 Out of Plan Loan Payments (as defined in the Objection);

    c. Third, $105,000 payable to the Trustee to pay the December 30, 2020 Plan payment in full;

    d. Fourth, $110,000; payable to the Trustee to be credited against the $115,000 September 30, 2021 Plan payment; and

    e. Fifth, the balance payable to Fulton Bank, N.A. directly from closing escrow to be credited against the $380,000 payment due to Fulton Bank, N.A. from Debtors on November 30, 2021 pursuant to the Plan.

3. If the Property Sale is not consummated prior to September 1, 2021, but is consummated prior to September 30, 2021, the Property shall be sold free and clear of all liens and encumbrances pursuant to 11 U.S.C. § 363 with the proceeds thereof to be distributed as follows:

    a. First, to closing costs customarily paid by a seller of commercial real estate in Pennsylvania, which shall include neither broker's fees nor attorney's fees, shall include no more than 50% of any realty transfer tax not avoided by this Order, and which closing costs shall not exceed $5,000 in total;

    b. Second, $90,000 payable to Fulton Bank, N.A. directly from closing escrow to satisfy the March 26, 2021, June 25, 2021, and September 24, 2021 Out of Plan Loan Payments (as defined in the Objection);

    c. Third, $105,000 payable to the Trustee to pay the December 30, 2020 Plan payment in full;

    d. Fourth, $80,000; payable to the Trustee to be credited against the $115,000 September 30, 2021 Plan payment; and

    e. Fifth, the balance payable to Fulton Bank, N.A. directly from closing escrow to be credited against the $380,000 payment due to Fulton Bank, N.A. from Debtors on November 30, 2021 pursuant to the Plan.

4. Debtors are authorized to execute any and all documents and to perform any and all acts necessary to consummate the sale of the Property as authorized herein.

5. IT IS FURTHER ORDERED that this sale shall not be subject to Federal capital gains taxes and shall be treated pursuant to 11 U.S.C. §1232.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge