Certificate Number: 05781-PAE-DE-036497916

Bankruptcy Case Number: 16-13342



05781-PAE-DE-036497916

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on April 24, 2022, at 6:30 o'clock PM PDT, Robert Kroboth completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 24, 2022

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President