### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| In re:  Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

HEARING DATE:
June 2, 2022 11:00 a.m.

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Fulton Bank, N.A., by and through its counsel, Brown McGarry Nimeroff LLC, hereby provides Notice of Withdrawal without prejudice of its Motion to Dismiss Case for Failure to Make Plan Payments Pursuant to 11 U.S.C. § 1208 (Doc 127) filed on January 24, 2022.

**BROWN McGARRY NIMEROFF LLC**

Dated: June 1, 2022    By:    */s/Scott M. Klein*
Scott M. Klein, Esquire
Email: sklein@bmnlawyers.com
Attorney ID # 94129
158 West Gay Street, Suite 200
West Chester, PA 19380
(610) 755-3311/(484) 631-1302 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| In re: Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

HEARING DATE:
June 2, 2022 11:00 a.m.

**CERTIFICATE OF SERVICE**

    I, Scott M. Klein, Esquire, hereby certify that on June 1, 2022, I served a copy of the foregoing Notice of Withdrawal of Motion on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized method for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. I certify under penalty of perjury that the foregoing is true and correct.

David B. Schwartz, Esquire
Goodman Schwartz
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052

John R.K. Solt, Esquire
John R. K. Solt, P.C.
Gateway Professional Center
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ramesh Singh, Esquire
c/o Recovery Management Systems Corporation
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Michael B. Joseph, Esquire
824 Market Street, Suite 1002
Wilmington, DE 19899
*Chapter 12 Trustee*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*United States Trustee*

                              **BROWN McGARRY NIMEROFF LLC**

Dated: June 1, 2022        By:    */s/ Scott M. Klein*
                                             Scott M. Klein, Esquire
                                             Email: sklein@bmnlawyers.com
                                             Attorney ID # 94129
                                             158 West Gay Street, Suite 200
                                             West Chester, PA 19380
                                             (610) 755-3311/(484) 631-1302 (facsimile)