**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          § Case No. 16-13342PMM
    ROBERT & MELANIE ANN KROBOTH                      §
                                       §
            Debtor(s)                                   §

### CHAPTER 12 STANDING TRUSTEE'S  FINAL REPORT AND ACCOUNT

Michael B. Joseph, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1).  The trustee declares under penalty of perjury as follows:

    1) The case was filed on 05/10/2016.

    2) The plan was confirmed on 06/08/2017.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was completed on 03/31/2022.

    6) Number of months from filing or conversion to last payment: 70.

    7) Number of months case was pending: 73.

    8) Total value of assets abandoned by court order: _____NA.

    9) Total value of assets exempted: _____$45,563.00.

    10) Amount of unsecured claims discharged without full payment: _____$91,698.20.

    11)  All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,899,673.66 | |
| Less amount refunded to debtor | $         0.00 | |
| **NET RECEIPTS:** | | $ 1,899,673.66 |

**Expenses of Administration**:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $         0.00 |
| Court Costs | $         0.00 |
| Trustee Expenses & Compensation | $    92,924.06 |
| Other | $         0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION:** | $    92,924.06 |

Attorney fees paid and disclosed by debtor:        $         0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Pd. |
|---|---|---|---|---|---|---|
| Discover Bank | Unsecured | 17146.91 | 17146.91 | 17146.91 | 17146.91 | 0.00 |
| People First Federal Credit Union | Unsecured | 10726.00 | NA | NA | 0.00 | 0.00 |
| Quantum 3 Group LLC | Unsecured | 749.50 | 798.78 | 798.78 | 798.78 | 0.00 |
| PNC Bank N.A. | Other | 7378.00 | NA | NA | 0.00 | 0.00 |
| Fulton Bank N.A. | Secured | 3091006.03 | 3082120.08 | 1620000.00 | 1620000.00 | 0.00 |
| Crop Production Services, Inc | Unsecured | 10148.90 | 10469.52 | 10469.52 | 10469.52 | 0.00 |
| Service Tire Truck Center Inc | Unsecured | 4227.42 | 4227.42 | 4227.42 | 4227.42 | 0.00 |
| John Deere Financial FSB | Unsecured | 15839.59 | 15445.65 | 15445.65 | 15445.65 | 0.00 |
| Hunter Keyston Peterbilt | Unsecured | 2700.16 | 2284.06 | 2284.06 | 2284.06 | 0.00 |
| TCF Equipment Finance | Secured | 324513.07 | 2129.84 | 2129.84 | 2129.84 | 0.00 |
| Creditors continue on next page | | | | | | |

UST Form 101-12-FR-C (09/01/2009)

## Scheduled Creditors (Continued):

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Pd. |
|---|---|---|---|---|---|---|
| USDA Northhampton Farm Service Agency | Secured | 175007.00 | 176846.95 | 132109.95 | 132109.95 | 0.00 |
| Genuine Parts company | Unsecured | 0.00 | 1510.67 | 1510.67 | 1510.67 | 0.00 |
| Caterpillar Financial Comm Acct Corp | Unsecured | 641.29 | 626.80 | 626.80 | 626.80 | 0.00 |
| USDA Northhampton Farm Service Agency | Other | 0.00 | NA | NA | 0.00 | 0.00 |
| Frederick L Reigle | Trustee | 0.00 | 19801.39 | 19801.39 | 19801.39 | 0.00 |
| Automatic Farm Systems | Unsecured | 590.99 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 19590.17 | NA | NA | 0.00 | 0.00 |
| CNH Industrial Capital | Unsecured | 13505.63 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 749.50 | NA | NA | 0.00 | 0.00 |
| EYE AND LASER CENTERS OF NJ | Unsecured | 1728.00 | NA | NA | 0.00 | 0.00 |
| FREY & CO; PA | Unsecured | 2525.00 | NA | NA | 0.00 | 0.00 |
| GRO-MOR PLANT FOOD COMPANY | Unsecured | 18743.86 | NA | NA | 0.00 | 0.00 |
| HOOBER INC | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| KING, SPRY, HERMAN, FREUND & FAUL LLC | Unsecured | 1536.85 | NA | NA | 0.00 | 0.00 |
| NAPA AUTO PARTS | Unsecured | 1510.67 | NA | NA | 0.00 | 0.00 |
| R.F. EQUIPMENT INC | Unsecured | 3507.38 | NA | NA | 0.00 | 0.00 |
| RANSOME CAT | Unsecured | 435.14 | NA | NA | 0.00 | 0.00 |
| REINHART CONSTRUCTION | Unsecured | 949.50 | NA | NA | 0.00 | 0.00 |
| Robert L. Collura, Surveryors | Unsecured | 3428.50 | NA | NA | 0.00 | 0.00 |
| SYNCB/Sams Club | Unsecured | 1083.80 | NA | NA | 0.00 | 0.00 |
| Tolino's Fuel Service, Inc. | Unsecured | 10142.14 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Wilson Products | Unsecured | 244.07 | NA | NA | 0.00 | 0.00 |

**UST Form 101-12-FR-C (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $1,754,239.79 | $1,754,239.79 | $ 0.00 |
| **TOTAL SECURED:** | $1,754,239.79 | $1,754,239.79 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 52,509.81 | $ 52,509.81 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 92,924.06 |
| Disbursements to Creditors | $ 1,806,749.60 |
| **TOTAL DISBURSEMENTS:** | $ 1,899,673.66 |

**UST Form 101-12-FR-C (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: <u>06/07/2022</u>                    By: <u>/s/Michael B. Joseph</u>
                                        Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-C (09/01/2009)**

**TRUSTEE'S CERTIFICATE OF SERVICE**

I, Michael B. Joseph, Chapter 12 Trustee of the within case, do hereby certify that on this 7th day of June, 2022, I caused one copy of the within Trustee's Final Report to be served on the following:

UNITED STATES MAIL, POSTAGE PREPAID

ROBERT & MELANIE ANN KROBOTH
6274 Mud Run Road
Nazareth, PA  18064


Debtor(s)


David B. Schwartz, Esquire
Goodman, Schwartz & Shaw LLC
514 Fullerton Avenue-Suite 2
Whitehall, PA 18052

Attorney for Debtor(s)

/S/ Michael B. Joseph
Michael B. Joseph, Trustee
P.O. Box 1350
824 Market Street
Wilmington, DE 19899-1350
302-656-0123
Chapter 12 Trustee