**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                    : Chapter 12

Robert Joseph Kroboth and Melanie Ann Kroboth            : Bankruptcy 16–13342–pmm

**NOTICE**

To the debtors, debtors' counsel, trustee, all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Chapter 12 Trustee, has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1228(f) must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    The Gateway Building, Suite 103
    200 Penn Street,
    Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                             For the Court

Date: 6/7/22                                                                              Timothy B. McGrath
                                                                                   Clerk of Court