United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-13342-pmm
Robert Joseph Kroboth  Chapter 12
Melanie Ann Kroboth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jul 08, 2022      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Joseph Kroboth, Melanie Ann Kroboth, 6274 Mud Run Road, Nazareth, PA 18064-8648 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 924, Harrisburg, PA 17121-0751 |
| 13725455 | + | Automatic Farm Systems, 608 E Evergreen Rd, Lebanon, PA 17042-7900 |
| 13725456 | | Brown McGarry Nimeroff, 200 N High St Ste 300, West Chester, PA 19380-2686 |
| 13725457 | | Buckley Brion McGuire & Morris, LLP, 118 W Market St Ste 300, West Chester, PA 19382-2902 |
| 13725458 | | CAT financial, 2120 W End Ave, Nashville, TN 37203-5251 |
| 13725460 | | CNH Industrial Capital, Dept. 18-1103605170, PO Box 78004, Phoenix, AZ 85062-8004 |
| 14500263 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 13725462 | | Commodity Credit Corporation, 3910 Adler Pl Ste 110, Bethlehem, PA 18017-9299 |
| 13725463 | | Crop Production Services, 140 Office Park Way, Pittsford, NY 14534-1758 |
| 13794304 | + | Crop Production Services, Inc., PO Box 56, Boydon, VA 23917-0056 |
| 13750534 | | Eye and Laser Centers of New Jersey, LLC, 330 South St Ste 2, Morristown, NJ 07960-7391 |
| 13725465 | | Frey & Co., CPA, 121 N Best Ave Ste 2, Walnutport, PA 18088-1243 |
| 13725466 | + | Fulton Bank, N.A., c/o Mark Klein, Esq., 200 N. High St, Ste. 300, West Chester, PA 19380-2686 |
| 13725467 | | Gro-Mor Plant food Company, Inc, 281 Farmland Rd, Leola, PA 17540-9503 |
| 13725468 | | Hoober, Inc., 3452 Old Philadelphia Pike, Intercourse, PA 17534-7005 |
| 13807158 | + | Hunter Keystone Peterbilt, Hunter Family of Companies, ATN: Chuck Miller, 480 Pittsbugh Road, Butler, PA 16002-7654 |
| 13725469 | | Hunter Keystone Peterbilt, LP, 1463 Manheim Pike, Lancaster, PA 17601-3125 |
| 13725471 | + | King, Spry, Herman, Freund & Faul, LLC, 1 W Broad St Ste 700, Bethlehem, PA 18018-5783 |
| 13725472 | | NAPA auto parts, PO Box 2047, Norcross, GA 30091-2047 |
| 13725473 | | Nothampton Farm Bureau, 300 Bushkill St, Tatamy, PA 18085-7046 |
| 13725474 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4774 address filed with court:, People First Federal Credit Union, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 13725476 | | R.F. Equipment, INC., 3601 Mount Carmel Rd, Upperco, MD 21155-9585 |
| 13725477 | | Ransome CAT, 5102 Beekmantown Rd, Whitehall, PA 18052-2239 |
| 13725478 | | Reinhart Construction, 1155 Creek Rd, Bangor, PA 18013-5855 |
| 13725479 | | Robert L. Collura, Surveryors, 727 Molasses Rd, Bangor, PA 18013-9468 |
| 13725482 | | TCF Equipment Finance, 11100 Wayzata Blvd Ste 801, Minnetonka, MN 55305-5503 |
| 13750500 | + | Tolino's Fuel Service, Inc., 225 Flicksville Rd, Bangor, PA 18013-2798 |
| 13810670 | + | USA, Acting through USDA et al..., USDA Northampton Farm Svc. Agency, 3910 Adler Place, Ste. 110, Bethlehem, PA 18017-9299 |
| 13725483 | + | Wells Fargo Financial, 800 Walnut St, Des Moines, IA 50309-3891 |
| 13725484 | + | Wilson products, 3411 Northwood Ave, Easton, PA 18045-8097 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jul 08 2022 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 08 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: bankruptcy@fult.com | | |

Case 16-13342-pmm   Doc 144   Filed 07/10/22   Entered 07/11/22 00:28:13   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2022 23:43:00 | Fulton Bank NA, One Penn Square, 5th Floor, Lancaster, PA 17602-2853 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2022 23:50:16 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13725458 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jul 08 2022 23:43:00 | CAT financial, 2120 W End Ave, Nashville, TN 37203-5251 |
| 13725461 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 13725470 | | Email/Text: litbkcourtmail@johndeere.com | Jul 08 2022 23:43:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 13798268 | | Email/Text: litbkcourtmail@johndeere.com | Jul 08 2022 23:43:00 | John Deere Financial, f.s.b., P.O. Box 6600, Johnston, IA 50131-6600 |
| 13725464 | | Email/Text: mrdiscen@discover.com | Jul 08 2022 23:43:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 13739299 | + | Email/Text: mrdiscen@discover.com | Jul 08 2022 23:43:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany OH 43054-3025 |
| 13792855 | | Email/Text: bankruptcy@fult.com | Jul 08 2022 23:43:00 | Fulton Bank, N.A.,, 1 Penn Sq,, Lancaster, PA 17602-2853 |
| 13811508 | + | Email/Text: bankruptcy@genpt.com | Jul 08 2022 23:43:00 | Genuine Parts Co., 4625 River Green Pkwy., Duluth, GA 30096-2583 |
| 13725459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2022 23:50:12 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14374145 | + | Email/Text: BKRMailOps@weltman.com | Jul 08 2022 23:43:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts, OH 44131-1829 |
| 13750501 | | Email/Text: bankruptcy@fult.com | Jul 08 2022 23:43:00 | Lafayette Ambassador Bank, PO Box 25091, Lehigh Valley, PA 18002-5091 |
| 13788023 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2022 23:43:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13725475 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2022 23:43:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 13784386 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2022 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13754708 | | Email/PDF: rmscedi@recoverycorp.com | Jul 08 2022 23:50:09 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13725481 | | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2022 23:50:12 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 13725480 | + | Email/Text: EGASSMANN@STTC.COM | Jul 08 2022 23:43:00 | Service tire truck center, 2255 Avenue A, Bethlehem, PA 18017-2165 |
| 13725483 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 09 2022 10:11:17 | Wells Fargo Financial, 800 Walnut St, Des Moines, IA 50309-3891 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13750533 | *+ | Tolino's Fuel Service, Inc., 225 Flicksville Road, Bangor, PA 18013-2798 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 08, 2022 | Form ID: pdf900 | Total Noticed: 51

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Joint Debtor Melanie Ann Kroboth ashaw@kiernantrebach.com abgoodmanesq@gmail.com |
| ANDREW J. SHAW | on behalf of Debtor Robert Joseph Kroboth ashaw@kiernantrebach.com abgoodmanesq@gmail.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com DBSchwartzesq@aol.com |
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com DBSchwartzesq@aol.com |
| JOHN R.K. SOLT | on behalf of Debtor Robert Joseph Kroboth jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| JOHN R.K. SOLT | on behalf of Joint Debtor Melanie Ann Kroboth jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| MICHAEL B. JOSEPH | on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com |
| MICHAEL B. JOSEPH | mjoseph@ch13de.com |
| SCOTT M. KLEIN | on behalf of Creditor Fulton Bank NA sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com |
| THOMAS I. PULEO | on behalf of Creditor United States of America Acting through USDA, Commodity Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Robert Joseph Kroboth and | : | Chapter 12 |
| Melanie Ann Kroboth | : | |
| Debtors | : | Case 4:16-bk-13342 |

### ORDER OF DISCHARGE

**IT IS ORDERED:**  A discharge under 11 U.S.C. § 1228(a) is granted to ROBERT JOSEPH KROBOTH and MELANIE ANN KROBOTH subject to the following:

The following debts and obligations are <u>not</u> discharged by this Order:

1. The Debtors' obligation to pay Fulton Bank, N.A. the balance of the $380,000.00 payment due on November 30, 2021 (the "**Catch-Up Payment**") pursuant the Plan (Doc 118, pg. 4); which obligation shall be evidenced by the judgment entered in the Court of Common Pleas of Northampton County at Docket No. C-48-cv-2016-2814 (the "**Judgment**"). The Judgment shall be re-assessed to the balance of the Catch-Up Payment less $169,134.74, plus interest from November 30, 2021.

2. The obligation of Debtors to Fulton Bank, N.A. evidenced by that certain Promissory Note given by Debtors to Fulton Bank, N.A. dated June 8, 2017 in the amount of $1,536,080.05; secured by that certain Open-End Mortgage and Security Agreement dated June 8, 2017 and recorded with the Northampton County Recorder of Deeds on August 25, 2017 in Book 2017-1 at page 183865 and that certain Agricultural Security Agreement dated June 8, 2017.

BY THE COURT:

Dated: **July 8, 2022**

/s/ Patricia M. Mayer

The Honorable Patricia M. Mayer,
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 12 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's
fees.  However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.  In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:
☐ debts that are domestic support obligations;
☐ debts for most student loans;
☐ debts for most taxes;
☐ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
☐ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
☐ some debts which the debtors did not properly list;
☐ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

☐ debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

☐ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**