United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-13342-pmm

Robert Joseph Kroboth                                                                     Chapter 12

Melanie Ann Kroboth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 08, 2024                       Form ID: 195                                   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Joseph Kroboth, Melanie Ann Kroboth, 6274 Mud Run Road, Nazareth, PA 18064-8648 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Joint Debtor Melanie Ann Kroboth ashaw@kiernantrebach.com  abgoodmanesq@gmail.com |
| ANDREW J. SHAW | on behalf of Debtor Robert Joseph Kroboth ashaw@kiernantrebach.com  abgoodmanesq@gmail.com |
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Melanie Ann Kroboth david@dbsesq.com dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Robert Joseph Kroboth david@dbsesq.com dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com |
| JOHN R.K. SOLT | on behalf of Debtor Robert Joseph Kroboth jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |

District/off: 0313-4                          User: admin                          Page 2 of 2

Date Rcvd: Mar 08, 2024                       Form ID: 195                         Total Noticed: 1

JOHN R.K. SOLT
                    on behalf of Joint Debtor Melanie Ann Kroboth jsolt.soltlaw@rcn.com
                    rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

MICHAEL B. JOSEPH
                    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com

MICHAEL B. JOSEPH
                    mjoseph@ch13de.com

SCOTT M. KLEIN
                    on behalf of Creditor Fulton Bank NA sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

THOMAS I. PULEO
                    on behalf of Creditor United States of America  Acting through USDA, Commodity Credit Corporation
                    tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                         : Chapter 12

Robert Joseph Kroboth and Melanie Ann Kroboth          : Case No. 16−13342−pmm
           Debtor(s)

***ORDER***

_____

      AND NOW, this day , March 8, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                By The Court

                Patricia M. Mayer
                Judge, United States Bankruptcy Court